| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chu, Harry,** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **6923** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**10623 Old Hammock Way**<br>**Wellington, FL** ZIP CODE **33414** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Copy machine at:**
**Captial Immigration**
**303 Lake Ave**
**Lake Worth, FL**                                                            ZIP CODE **33460**

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7           ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☐ Chapter 11            Main Proceeding<br>☐ Chapter 12           ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                                    Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."        ☑ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Harry Chu** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X **Not Applicable** _____ Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Harry Chu** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Harry Chu**
Signature of Debtor    **Harry Chu**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**9/25/2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**David W. Langley  Bar No. 348279**
Printed Name of Attorney for Debtor(s) / Bar No.

**David W. Langley, Attorney at Law**
Firm Name

**8551 W. Sunrise Blvd., Ste 303**
Address

**Plantation, FL 33322**

**954-356-0450**          **954-356-0451**
Telephone Number

**9/25/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Florida

In re  **Harry Chu**                                      Case No.
          Debtor                                                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

    ❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❑ Active military duty in a military combat zone.

  ❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

   **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **s/ Harry Chu**
         **Harry Chu**

Date: **9/25/2009**

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
### Southern District of Florida

In re **Harry Chu** _____ ,
Debtor

Case No. _____

Chapter    _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      683.500.00 | | |
| B - Personal Property | YES | 3 | $        25.420.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      842.129.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $        31,533.21 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $   1.997.760.77 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        4.670.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        5.599.66 |
| TOTAL | | 23 | $      708,920.00 | $   2,871,423.88 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Harry Chu** , Case No. _____

Debtor

Chapter **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$ 0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$ 31,533.21** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$ 0.00** |
| Student Loan Obligations (from Schedule F) | **$ 0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | **$ 0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$ 0.00** |
| TOTAL | **$ 31,533.21** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$ 4,670.00** |
| Average Expenses (from Schedule J, Line 18) | **$ 5,599.66** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | **$ 2,470.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$766,750.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$ 27,366.88** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$4,166.33** |
| 4. Total from Schedule F | | **$1,997,760.77** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$2,768,677.10** |

B6A (Official Form 6A) (12/07)

In re:  **Harry Chu**                                                                    Case No. _____

                    Debtor                                                                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **10623 Old Hammock Way Wellington, FL 33414** | **Co-Owner** | J | $ 235,000.00 | $ 471,000.00 |
| **116 Bradford Ave, Florahome, FL (Norstar Homes, Inc.)** | **Fee Owner** | H | $ 8,100.00 | $ 0.00 |
| **14710 Amber Sweet Ln Wimauma, FL 33569** | **Fee Owner** | H | $ 300,000.00 | $ 401,800.00 |
| **7462 Oxford Garden Cir Apollo Bch, FL 33572** | **None** | J | $ 131,900.00 | $ 206,966.00 |
| **Cabo San Lucas, MX Timeshare (Owned by Norstar Homes)** | **Fee Owner** | H | $ 5,000.00 | $ 0.00 |
| **Cathedral City Timeshare [Owned by Norstar Homes, Inc.]** | **Co-Owner** | J | $ 3,000.00 | $ 0.00 |
| **New Mexico, Lot Unit 18, Block 44** | **Fee Owner** | H | $ 500.00 | $ 0.00 |

                                                                    **Total**  ➢   $ 683,500.00

                                                                    (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Harry Chu** _____,        Case No. _____
               **Debtor**                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Dining room set, living room couch, tv stand, coffee table, family room chairs, sofa, table, seat, lamps, 42" TV, kitchenware, 42" TV, toddler bed, toddler dresser, recliner, bed, dresser, night stand, master bedroom set, desk, printer, credenza, etc.** | J | 6,420.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **Watch** | H | 100.00 |
| Furs and jewelry. | | **Wedding Ring** | H | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Capitol Immigration, 24.5% interest - Investor only** | J | 15,000.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Norstar Homes, Inc., 100% owner** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Norstar Homes, LLC, 100% owner** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Norstar Mortgages, Inc., 100% owner** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Norstar Title, Inc., 100% owner** | H | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  __Harry Chu_____,     Case No. _____
                               Debtor                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Filing Cabinets belonging to Norstar Mortgage** | H | **300.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Copy Machine - Norstar Homes, Inc. [located at Capital Immigration, 303 Lake Ave, Lake Worth, FL]** | | **3,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re    **Harry Chu**_____,    Case No. _____

Debtor **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

<u>   2   </u>    continuation sheets attached                    Total   ➢   | **$  25,420.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re   Harry Chu                                                          Case No. _____
                          Debtor                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Dining room set, living room couch, tv stand, coffee table, family room chairs, sofa, table, seat, lamps, 42" TV, kitchenware, 42" TV, toddler bed, toddler dresser, recliner, bed, dresser, night stand, master bedroom set, desk, printer, credenza, etc. | FSA § 222.25(4) | 3,000.00 | 6,420.00 |
| | 11 USC § 522(b)(3)(B) | 3,420.00 | |
| Filing Cabinets belonging to Norstar Mortgage | FSA § 222.25(4) | 300.00 | 300.00 |
| Norstar Homes, Inc., 100% owner | FSA § 222.25(4) | 0.00 | 0.00 |
| Norstar Homes, LLC, 100% owner | FSA § 222.25(4) | 0.00 | 0.00 |
| Norstar Mortgages, Inc., 100% owner | FSA § 222.25(4) | 0.00 | 0.00 |
| Norstar Title, Inc., 100% owner | FSA § 222.25(4) | 0.00 | 0.00 |
| Watch | Art. 10 § 4(a)(2), FSA § 222.061 | 100.00 | 100.00 |
| Wedding Ring | Art. 10 § 4(a)(2), FSA § 222.061 | 100.00 | 100.00 |

B6D (Official Form 6D) (12/07)

In re **Harry Chu**                                                                      Case No. _____

_____                                                              (If known)
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American General Financial<br>1748 S Congress Ave<br>Palm Bch, FL 33461 | | | Security Agreement<br>UCC 1 - Sewer Line Repair at 1507 E 27 Ave, Tampa, FL 33605 - business debt<br><br>VALUE $0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Black Diamond HOA<br>c/o Castle Management<br>12270 SW 3rd Street, # 200<br>Plantation, FL 33325 | | J | Statutory Lien<br>10623 Old Hammock Way<br>Wellington, FL 33414<br><br>VALUE $235,000.00 | | | | 1,129.90 | 470,750.00 |
| ACCOUNT NO.  0715622890<br><br>Washington Mutual<br>c/o Linda Shelvam, Esq.<br>1800 NW 49 St #120<br>Ft Lauderdale, FL 33701<br><br>Wakefield & Assoc<br>3091 S Jamaica Ct #200<br>Aurura, CO 80014-2639 | | | Mortgage - 2nd<br>14710 Amber Sweet Ln<br>Wimauma, FL 33569<br><br>VALUE $0.00 | | | | 60,000.00 | 60,000.00 |

1   continuation sheets
attached

Subtotal ➢
(Total of this page)

| $ | 61,129.90 | $ | 530,750.00 |
|---|---|---|---|

Total ➢
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re __Harry Chu_____.        Case No. _____
                    __Debtor__                                      __(If known)__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0715648580 | | | Mortgage - 1st 14710 Amber Sweet Ln Wimauma, FL 33569 | | | | 310,000.00 | 0.00 |
| **Washington Mutual** c/o Linda Shelvam, Esq 1800 NW 49 St #120 Ft. Lauderdale, FL 33309  **Wakefield & Assoc.** POB 441590 Auror, CO 80044 | | | VALUE $300,000.00 | | | | | |
| ACCOUNT NO.  5129 | | | First Lien on Residence 10623 Old Hammock Way Wellington, FL 33414 | | | | 471,000.00 | 236,000.00 |
| **Wells Fargo Home Mortgage** POB 14411 Des Moines, IA  50306  **Bank of New York** Butler & Hosch PA 3185 S Conway Rd #E Orlando, FL 32812  **US Bank** c/o Ricard A. Gomez Florida Default Law Group, P.L., POB 25018 Tampa, FL 33622-5018  **Ricardo Gomez** Florida Default Law Group POB 25018 Tampa, FL 33622-5018 | | | VALUE $235,000.00 | | | | | |

Sheet no.  1 of  1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| | $  781,000.00 | $  236,000.00 |
|---|---|---|

Total  ➤
(Use only on last page)

| | $  842,129.90 | $  766,750.00 |
|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re ___Harry Chu_____          Case No. _____

_____Debtor_____                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_2_  continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Harry Chu** ,                                      Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **051525-0548**<br>**Hillsborough County Tax Collector**<br>**601 E Kennedy Blvd, 14 FL**<br>**Tampa, FL 33602-4931** | | | **Property taxes on 7462 Oxford Garden Cir, Apollo Bch, FL 33572** | | | | **2364-67** | **0.00** | **$0.00** |
| ACCOUNT NO.    **066595-7166**<br>**Hillsborough County Tax Collector**<br>**601 E Kennedy Blvd, 14 FL**<br>**Tampa, FL 33602-4931** | | | **Property Taxes on 1212 Rockhampton Lane, Dover, FL 33527** | | | | **5,658.89** | **5,658.89** | **$0.00** |
| ACCOUNT NO.    **077896-0076**<br>**Hillsborough County Tax Collector**<br>**601 E Kennedy Blvd, 14 Flr**<br>**Tampa, FL 33602-4931** | | | **Property taxes on 14710 Amber Sweet Lane, Riverview, FL 33569** | | | | **6,106.17** | **6,106.17** | **$0.00** |
| ACCOUNT NO.    **73-41-44-01-04-006-0950**<br>**Palm Beach County**<br>**POB 3715**<br>**W Palm Bch, FL 33402-3715** | | | **Property taxes on 10623 Old Hammock Way, Wellington, FL** | | | | **6,531.00** | **2,364.67** | **$4,166.33** |
| ACCOUNT NO.<br>**Palm Beach County Tax Collector**<br>**301 North Olive Ave, 3rd Flr**<br>**W Palm Bch, FL 33401**<br>**Jacksonville, FL 32202-0045** | | | **Tangible Taxes, Norstar Homes, Inc** | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.    **00-42-44-01-24-001-2020**<br>**Palm Beach County Tax Collector**<br>**POB 3715**<br>**W Palm Bch, FL 33402-3715** | | | **Property taxes on 4524 Gun Club Rd, Units A202, W Palm Bch, FL** | | | | **2,752.00** | **2,752.00** | **$0.00** |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▷<br>(Totals of this page) | $ **21,048.06** | $ **16,881.73** $ **4,166.33** |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $         $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Harry Chu** ,                                                    Case No. _____

                         Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **00-42-44-01-24-001-2010**<br>**Palm Beach County Tax Collector**<br>**POB 3715**<br>**W Palm Bch, FL 33402-3715** | | | **Property taxes on 4524 Gun Club Rd, Units A201, W Palm Bch, FL** | | | | **1,668.00** | **1,668.00** | **$0.00** |
| ACCOUNT NO.  **08-43-45-20-27-000-0250**<br>**Palm Beach County Tax Collector**<br>**POB 3715**<br>**W Palm Bch, FL 33402-3715** | | | **Property taxes on 1303 Piazza Delle Pallottle, Boynton Bch, FL** | | | | **6,027.00** | **6,027.00** | **$0.00** |
| ACCOUNT NO.  **00-42-44-01-24-001-2030**<br>**Palm Beach Tax Collector**<br>**POB 3715**<br>**W Palm Bch, FL 33402-3715** | | | **Property taxes on 4524 Gun Club Rd, Units A203, W Palm Bch, FL** | | | | **2,508.00** | **2,508.00** | **$0.00** |
| ACCOUNT NO.  **14-08-24-5102-0072-0150**<br>**Putnam County Tax Collector**<br>**POB 1339**<br>**Palatka, FL 32178-1339** | | | **Property Taxes on 116 Bradford Ave Florahome, FL** | | | | **276.68** | **276.68** | **$0.00** |
| ACCOUNT NO.  **18-2S-26-1920-22400-00**<br>**Santa Rosa Tax Collector**<br>**POB 7100**<br>**Milton, FL 32572** | | | **Property taxes on 7340 Broadmoor St, Santa Rosa, FL** | | | | **Unknown** | **Unknown** | **$0.00** |
| ACCOUNT NO.  **0347114**<br>**Valencia County Treasurer**<br>**POB 939**<br>**Los Lunas, NM 87031** | | | **Property Taxes Lot Unit 18 Blk 44** | | | | **5.47** | **5.47** | **$0.00** |

Sheet no.  2  of  2  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ **10,485.15** | $ **10,485.15** | $ **0.00** |
| Total  ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **31,533.21** | | |
| Total  ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **27,366.88** | $ **4,166.33** |

**B6F (Official Form 6F) (12/07)**

In re  **Harry Chu**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **71587-1**<br><br>**Active Alarms**<br>**c/o Hatmaker & Assoc.**<br>**1156 S. US 1**<br>**Vero Bch, FL 32962** | | | **Norstar Mortgages** | | | | **406.97** |
| ACCOUNT NO.  **3008/0133**<br><br>**American Express**<br>**POB 360001**<br>**Fort Lauderdale, FL 33336**<br><br><br>**Nationwide Credit**<br>**3POB 740640**<br>**Atlanta, GA 30374** | | | **Credit Card - Norstar Homes** | | | | **11,315.00** |
| ACCOUNT NO.  **3640035903020**<br><br>**Aurora Loan Svc**<br>**601 5th Ave**<br>**Scottsbluff, NE 69361-3541** | X | W | **7462 Oxford Garden Cir, Apollo Bch, FL 33572, wife's loan** | | | X | **174,144.00** |
| ACCOUNT NO.  **3849**<br><br>**Bank of America**<br>**c/o Frederick J. Hanna**<br>**1427 Roswell Rd**<br>**Marietta, GA 30026** | | | **credit - Norstar Homes** | | | | **41,560.42** |

8   Continuation sheets attached

Subtotal  ➤ | $ | **227,426.39**

Total  ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Harry Chu**                                                    Case No. _____
                                    _____
                                         Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4420/7883** <br><br> **Bank of America** <br> **POB 15710** <br> **Wilmington, DE 19886** <br><br><br> **FIA Card Services** <br> **POB 22031** <br> **Greensboro, NC 27420** | | | **Credit Card - business debt** | | | | **23,288.00** |
| ACCOUNT NO.   **4986329** <br><br> **Bank United** <br> **c/o Steven Beiley, Esq.** <br> **550 Biltmore Way #700** <br> **Coral Gables, FL 33134** <br><br> **Bank United** <br> **7815 NW 148 St** <br> **Miami Lakes, FL 33016** <br><br> **Bay Holdings** <br> **7815 NW 148 St** <br> **Miami Lakes, FL 33016** <br><br> **Monal K Oza** <br> **550 Biltmore Way #700** <br> **Coral Gables, FL 33134** | | | **Potential Deficiency from sale of 1212 Rockhampton Ln Dover, FL 33427 to Bay Holdings - business debt** | | | | **331,191.26** |
| ACCOUNT NO.   **3HZN57730610** <br><br> **Blue Cross Blue Shield** <br> **POB 1219** <br> **Newark, NJ 07101-1219** | | | **medical bill for patient Harry Chu** | | | | **2,554.45** |

Sheet no.  1 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **357,033.71**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Harry Chu**                                                    Case No. _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2994693** <br><br> **CBA Information Solutions** <br> **c/o LEIB Recovery Solutions** <br> **20 E. Clementon RD #100S** <br> **Gibbsboro, NJ 08026** | | | **Norstar** | | | | **433.99** |
| ACCOUNT NO.   **464018204384** <br><br> **Chase Bank NA** <br> **201 Walnut St** <br> **Mailstop DE 1-1027** <br> **Wilmington, DE 19801** | | J | **Authorized user - credit card** | | | | **12,500.00** |
| ACCOUNT NO. <br><br> **Chase Bank NA** <br> **201 Walnut St** <br> **Mailstop DE1-1027** <br> **Wilmington, DE 19801** | | | | | | | **0.00** |
| ACCOUNT NO.   **0770698625-9** <br><br> **CitiMortgage** <br> **POB 9438** <br> **Gaithersburg, MD 20898-9438** | | W | **7462 Oxford Garden Cir** <br> **Apollo Bch, FL 33572 - wife's loan** | | | X | **100,747.00** |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **113,680.99**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Harry Chu**                                                    Case No. _____

                        **Debtor**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  150385091 | | H | | | | | 395,000.00 |
| **Countrywide Home Loan [Bank of NY]** **POB 10229** **Van Nuys, CA 91410** <br><br> **Bank of New York** **Butler & Hosch PA** **3185 S Conway Rd #E** **Orlando, FL 32812** <br><br> **Bank of New York** **7105 Corporate Dr** **Plano, TX 75024** | | | **Potential deficiency on sale of 1303 Piazz Delle Pallottle Boynton Bch, FL 33426 to Bank of New York - business debt** | | | | |
| ACCOUNT NO.  150385099 | | H | | | | | 98,903.00 |
| **Countrywide Home Mtg [Bank of NY]** **POB 10229** **Van Nuys, CA 91410** <br><br> **Bank of New York** **7105 Corporate Dr** **Plano, TX 75024** <br><br> **Bank of New York** **c/o Butler & Hosch** **3185 S Conway Rd #E** **Orlando, FL 32812** | | | **Potential deficiency on sale of 1303 Piazz Delle Pallottle Boynton Bch, FL 33426 to Bank of New York - business debt** | | | | |
| ACCOUNT NO. | | J | | | | | Unknown |
| **Covington Park of Hillsborough HOA** **c/o Leonard Mankin PA** **28050 US Hwy 19 N #100** **Clearwater, FL 33761-2600** | | | **7462 Oxford Garden Cir** **Apollo Bch, FL 33572** | | | | |

Sheet no.  3 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $       **493,903.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Harry Chu** _____    Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **12314555**<br><br>**Deltacomm**<br>**c/o CMI Legal Forwarding Division**<br>**POB 28851**<br>**Philadelphia, PA 19151** | | | **Communication - Norstar Mortgage** | | | | 4,760.59 |
| ACCOUNT NO.  **6011004392875841**<br><br>**Discover Card**<br>**POB 15252**<br>**Wilmington, DE 19886** | | | **Credit Card** | | | | 23,247.51 |
| ACCOUNT NO.<br><br>**Dyck ONeal Inc**<br>**15301 Spectrum Dr**<br>**Addison, TX 75001** | | | **Potential deficiency after sale of 1303 Piazza Delle Pallottoie, Boynton Beach, FL for 2nd mortgage** | | | | 98,903.00 |
| ACCOUNT NO.  **42301**<br><br>**Elite Logistics d/b/a**<br>**United Shipping Solutions**<br>**Adorno & Yoss**<br>**200 Congress Pk Dr #210**<br>**Delray Beach, FL 33445** | | | **Business debt - Norstar Homes** | | | | 504.00 |
| ACCOUNT NO.  **547415000110**<br><br>**FIA CSNA**<br>**POB 22031**<br>**Greensboro, NC 27420** | | | | | | | 22,704.95 |

Sheet no.  4 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    150,120.05

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Harry Chu** _____    Case No. _____
                      Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Global Integrity/West Asset Management**<br>**1445 Langham Creek Dr**<br>**Houston, TX 77084** | | | **Norstar Homes Inc** | | | | **41,590.49** |
| ACCOUNT NO.  **122408**<br><br>**Holley By The Sea Improvment Assoc.**<br>**c/o Michelle Anchors**<br>**909 Mar Walt Dr #1014**<br>**Fort Walton Bch, FL 32457** | | | **Assessment -HOA 7340 Broadmoor St** | | | | **1,114.15** |
| ACCOUNT NO.  **11732279**<br><br>**Jackson Memorial Hospital**<br>**c/o Argent Healthcare**<br>**POB 33339**<br>**Phoenix, AZ 85067**<br><br>**Argent Healthcare** | | | **2007**<br>**Medical Bill** | | | | **11,174.66** |
| ACCOUNT NO.  **63153R0000418**<br><br>**NCO Group Financial Systems** | | | **Pest Control for Tampa property located at _____** | | | | **95.00** |
| ACCOUNT NO.<br><br>**Palm Beach Co. Reg** | | | **Business Debt** | | | | **25,000.00** |

Sheet no. <u>5</u> of <u>8</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $      **78,974.30**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Harry Chu** _____

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Renaissance Commons PUD** | | | **Potential deficiency on HOA fees/assessment for property located at 1303 Piazza Delle Pallottole, Boynton Bch, FL after foreclosure sale** | | | | 0.00 |
| ACCOUNT NO. <br><br> **Ridgecrest Community HOA c/o Leonard J Mankin, PA 28050 US Hwy 19 N #100 Clearwater, FL 33761-2600** | | | **HOA fees/assessments against surrendered property at: 1212 Rockhampton Ln, Dover, FL 33527** | | | | 0.00 |
| ACCOUNT NO.   **1855** <br><br> **Riverside National Bank c/o Robert Goldman, Esq. PO Drawer 6 Stuart, FL 34995** <br><br> **Riverside National Bank 3473 SE Willoughby Blvd Stuart, FL 34994** <br><br> **Robert Goldman Fox Wackeen et al PO Drawer 6 Stuart, FL 34995-0006** | | | **Potential Deficiency on sale of 4524 Gun Club Rd (A201, A202, A203) West Palm Beach, FL 33415 (Norstar Mortgages) to Riverside National Bank - business debt** | | | | 450,000.00 |
| ACCOUNT NO.   **296843717-2351853A** <br><br> **RMS** | | | **Advertising - business debt** | | | | 176.41 |

Sheet no.  6 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **450,176.41**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Harry Chu**                                                    Case No. _____
                                                        _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Sunrise Financial Center** | | | **HOA fees/assessments on property located Gun Club Office Suites 21, 202 & 203 possible deficiency after foreclosure sale** | | | | 0.00 |
| ACCOUNT NO.  **50-2007-CA-508-AH** <br><br> **Treasure Coast Regional Planning Council c/o Marc Cohen, Esq. POB 229 Stuart, FL 34995** | | | 2/13/08 <br><br> **Judgment - business debt** | | | | 29,896.00 |
| ACCOUNT NO. <br><br> **Truly Nolen** | | | **Pest control for Tampa property** | | | | 95.00 |
| ACCOUNT NO.  **3678478500000000** <br><br> **Wach/REC** | | | **Personal Line of Credit** | | | | 1,802.00 |

Sheet no.  7 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $                                        31,793.00

Total   ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Harry Chu** _____    Case No. _____

Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **7017**<br><br>**Wachovia**<br>**Attn Eileen Scherer**<br>**123 S Broad St  - 7th FL**<br>**Philadelphia, PA 19109**<br><br>**Anthony Distasio**<br>**Linton Distasio et al**<br>**POB 461**<br>**Reading, PA 19603-0461** | | | **Norstar Homes Business loan** | | | | **51,847.00** |
| ACCOUNT NO.  **7407**<br><br>**Wachovia**<br>**POB 13327**<br>**Roanoke, VA 24040** | | J | **Line of Credit - joint with mom** | | | | **1,000.00** |
| ACCOUNT NO.  **5297**<br><br>**Wachovia**<br>**POB 96074**<br>**Charlotte, NC 28296** | | | **Personal line of credit** | | | | **1,638.92** |
| ACCOUNT NO.  **6296**<br><br>**Wachovia Bank**<br>**c/o Gerald Davis, Esq.**<br>**200 Central Ave #1600**<br>**St. Petersburg, FL 33701**<br><br>**Marc Cohen, Esq**<br>**819 S. Federal Hwy #103**<br>**Stuart, FL 34994** | | | **Deficiency after foreclosure on 7340 Broadmoor St, Santa Rosa, FL** | | | | **40,167.00** |

Sheet no.  8 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ **94,652.92**

Total  ➢  $ **1,997,760.77**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: **Harry Chu**                                    Case No. _____
           _____,
                     **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Harry Chu**_____.        Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Florentina Sylan**<br>**10623 Old Hammock Way**<br>**Wellington, FL 33414** | **Aurora Loan Svc**<br>**601 5th Ave**<br>**Scottsbluff, NE 69361-3541** |

**B6I (Official Form 6I) (12/07)**

In re **Harry Chu**  

_____
Debtor

Case No. _____
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Daughter** | AGE(S): **2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Sales** | **Banker** |
| Name of Employer | **Palm Beach Realty Advisors** | **Commerce Bank** |
| How long employed | **5 years** | **3 months** |
| Address of Employer | | **Delray Branch** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **1,970.00** | $ **2,200.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ | **1,970.00** | $ **2,200.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ **0.00** |
|    b. Insurance | $ | **0.00** | $ **0.00** |
|    c. Union dues | $ | **0.00** | $ **0.00** |
|    d. Other (Specify) | $ | **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,970.00** | $ **2,200.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **500.00** | $ **0.00** |
| 8. Income from real property | $ | **0.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | $ | **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **500.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,470.00** | $ **2,200.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 4,670.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

_____

B6J (Official Form 6J) (12/07)

In re <u>Harry Chu</u>                                                                                      , Case No. _____
                    Debtor                                                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,500.00 |
| a. Are real estate taxes included?    Yes ✓    No _____ | | |
| b. Is property insurance included?    Yes ✓    No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 29.95 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 10.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Estimated Income Taxes** | $ | 150.71 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Real Estate Board Dues** | $ | 54.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,599.66 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 4,670.00 |
| b. Average monthly expenses from Line 18 above | $ | 5,599.66 |
| c. Monthly net income (a. minus b.) | $ | -929.66 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Harry Chu**                                                    Case No. _____

                    **Debtor**                                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**25**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **9/25/2009**                                Signature: **s/ Harry Chu**

                                                                **Harry Chu**

                                                                                Debtor

                        [If joint case, both spouses must sign]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

                        (NOT  APPLICABLE)

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In re:  **Harry Chu**                                                                              ,  Case No. _____
                                            _____
                                            Debtor                                                                    (If known)


# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 220,000.00 | **Harrington & Danforth** | **2006** |
| 180,000.00 | **Norstar Mortgages** | **2006** |
| 40,000.00 | **Harrington & Danforth Investment** | **2007** |
| 30,000.00 | **Norstar Mortgages** | **2007** |
| 11,822.00 | **Realty Advisors** | **2009** |

---

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 12,000.00 | **7462 Oxford Garden Cir, Apollo Beach, FL** | **2007** |

---

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**2**

None  ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None  ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

□ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wachovia vs. Harry Chu et al 08-315-CA** | **Foreclosure on 7340 Broadmoor, Santa Rosa, FL** | **Santa Rosa County Circuit Court** | **Foreclosure** |
| **Washington Mutual Bank vs. Harry Chu, et al. 07-010240** | **Mortgage foreclosure on 14710 Amber Sweet Ln, Wimauma, FL** | **Circuit Court Hillsborough County, FL** | **Open** |
| **Wachovia vs. Norstar Homes and Harry Chu 2008-CA-015608** | **Breach of contract - Business Line of Credit Agreement** | **Circuit Court Palm Beach County, FL** | **Open** |
| **Treasure Coast Regional Planning Council vs. Harry Chu, et al. 50-2007-CA-508-AH** | **Contract and Debt** | **Circuit Court Palm Beach County, FL** | **Default Judgment** |
| **Riverside National Bank vs. Norstar Mortgages, Harry Chu, et al.** **50-2007-CA-0011463XXXXMB-AW** | **Mortgage Foreclosure on 4524 Gun Club Rd, WPB, FL [Units 201, 202, 203]** | **Circuit Court Palm Beach County, FL** | **Property sold to Riverside on 08/27/08** |
| **Bank United vs. Harry Chu, et al 07-014976 (J)** | **Mortgage Foreclosure on 1212 Rockhampton LN, Dover, FL 33527** | **Circuit Court Hillsborough County, FL** | **property sold to Bay Holdings 8/29/08** |
| **Bank of New York vs. Harry Chu, et al. CA-2007-6248-AW** | **Foreclosure on 1303 Piazza Delle Palotte, Boynton Bch, FL** | **Circuit Court Palm Beach County, FL** | **sale to Bank of New York on 01/28/08** |
| **US Bank v. Harry Chu, et al 2008 CA 022989 MB** | **Mortgage foreclosure - residence, 10623 Old Hammock Way, Wellington, FL 33414** | **Palm Beach County Circuit Court** | **Pending** |

None

☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

## 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of New York (Countrywide Mtg)** **7105 Corporate Dr** **Plano, TX 75024** | **February 13, 2008** | **1303 Piazza Delle Pallottole, Boynton Bch, FL; $241,500.00, no equity** |
| **Bank United** **c/o Steven Beiley, Esq.** **550 Biltmore Way #700** **Coral Gables, FL 33134** | **August 29, 2008** | **1212 Rockhampton Ln, Dover, FL 33527, $277,067.00** |
| **Riverside National Bank** **c/o Robert Goldman, Esq.** **PO Drawer 6** **Stuart, FL 34995** | **August 27, 2008** | **4524 Gun Club Rd, Units A201, A202, A203; WPB, FL, $447,430.00, no equity** |
| **Wachovia Bank** **c/o Gerald Davis, Esq.** **200 Central Ave #1600** **St. Petersburg, FL 33701** | | **35,000.00 7340 Broadmoor St Santa Rosa, FL - Lot** |

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ❑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David W. Langley, Attorney at Law 8551 W. Sunrise Blvd., Ste 303 Plantation, FL 33322** | **5/29/08** | **2,500.00** |
| **Money Management International Online** | **9/9/09** | **$50.00, budget counseling** |

6

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Daniel P Malalic**<br>**None** | **January 01, 2008** | **2001 BMW 525i**<br>**$5800** |
| **Raul M. Cam**<br>**None** | **February 01, 2008** | **$20,000.00 ($5k each lot)**<br><br>**Lots C-026,  C-029, C-030 and C-065 Ridge Manor Estates, Hernando County, Fl**<br><br>**Lot C-029 Ridge Manor Estates, Hernando County, Fl**<br><br>**Lot C-030 Ridge Manor Estates, Hernando County, Fl**<br><br>**Lot C-065 Ridge Manor Estates, Hernando County, Fl** |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BankAtlantic POB 8608 Ft Lauderdale, FL 33310** | **Joint checking end 7657, $0.00** | **04/16/08** |
| **BankAtlantic POB 8608 Ft Lauderdale, FL 33310** | **Joint checking end 6728, 0.00** | **04/12/08** |
| **HSBC** | **Brokerage account, money market** | |
| **Wachovia** | **IRA Account #8500 $15179.56** | **1/11/08 $0** |

## 12. Safe deposit boxes

None
☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Capitol Immigration | None | 303 Lake Avenue Lake Worth, FL 33460 | Investor - 24.5% interest, immigration, $15,000.00 investment paid | March 11, 2008 |
| Harrington & Danforth Invs., L | 41-2197467 | 4524 Gun Club Rd #102 WPB, FL 33415 | Real Estate | April 28, 2006 September 26, 2008 |
| Norstar Homes, Inc. | 65-1135252 | 10623 Old Hammock Way Wellington, FL 33414 | Real Estate | August 25, 2001 March 05, 2008 |
| Norstar Homes, LLC | 20-2534717 | 10623 Old Hammock Way Wellington, FL 33414 | Real Estate | March 18, 2005 September 14, 2007 |
| Norstar Mortgage, Inc. | 20-1845682 | 10623 Old Hammock Way Wellington, FL 33414 | Real Estate mortgages | November 10, 2004 September 14, 2007 |
| Norstar Title, Inc. | 20-1652691 | 10623 Old Hammock Way Wellington, FL 33414 | Real Estate title | September 20, 2004 September 14, 2007 |
| Title Solution International | 20-1054017 | 4300 N University Dr #B200 Sunrise, FL 33351 | Title company | April 26, 2004 December 30, 2005 |

None ☑    b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                     ADDRESS

## 19. Books, records and financial statements

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                                DATES SERVICES RENDERED

**10**

None
☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                        DATE ISSUED

## 20. Inventories

None
☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN
                         OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None
☑
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None
☑
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
                                     OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None
☑
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                ADDRESS                DATE OF WITHDRAWAL

None
☑
b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

## 23.  Withdrawals from a partnership or distributions by a corporation

None

☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24.  Tax Consolidation Group.

None

☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25.  Pension Funds.

None

☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **9/25/2009**                    Signature    **s/ Harry Chu**
                                        of Debtor    **Harry Chu**

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**

In re _____**Harry Chu**_____ ,          Case No. _____
                          Debtor                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>**American General Financial** | **Describe Property Securing Debt:**<br>**UCC 1 - Sewer Line Repair at 1507 E 27 Ave,**<br>**Tampa, FL 33605 - business debt** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br>**Black Diamond HOA** | **Describe Property Securing Debt:**<br>**10623 Old Hammock Way**<br>**Wellington, FL 33414** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt          ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**Washington Mutual** | **Describe Property Securing Debt:**<br><br>**14710 Amber Sweet Ln**<br>**Wimauma, FL 33569** |

Property will be *(check one)*:
&#9745; Surrendered        &#9744; Retained

If retaining the property, I intend to *(check at least one)*:
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9744; Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
&#9744; Claimed as exempt             &#9745; Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**Washington Mutual** | **Describe Property Securing Debt:**<br><br>**14710 Amber Sweet Ln**<br>**Wimauma, FL 33569** |

Property will be *(check one)*:
&#9745; Surrendered        &#9744; Retained

If retaining the property, I intend to *(check at least one)*:
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9744; Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
&#9744; Claimed as exempt             &#9745; Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br><br>**10623 Old Hammock Way**<br>**Wellington, FL 33414** |

Property will be *(check one)*:
&#9745; Surrendered        &#9744; Retained

If retaining the property, I intend to *(check at least one)*:
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9744; Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **9/25/2009**                              **s/ Harry Chu**
                                                 **Harry Chu**
                                                 Signature of Debtor

```
Palm Beach County Tax Collector
301 North Olive Ave, 3rd Flr
W Palm Bch, FL 33401
Jacksonville, FL 32202-0045


Active Alarms
c/o Hatmaker & Assoc.
1156 S. US 1
Vero Bch, FL 32962


American Express
POB 360001
Fort Lauderdale, FL 33336


American General Financial
1748 S Congress Ave
Palm Bch, FL 33461


Anthony Distasio
Linton Distasio et al
POB 461
Reading, PA 19603-0461


Argent Healthcare




Aurora Loan Svc
601 5th Ave
Scottsbluff, NE 69361-3541


Bank of America
c/o Frederick J. Hanna
1427 Roswell Rd
Marietta, GA 30026


Bank of America
POB 15710
Wilmington, DE 19886
```

Bank of New York
Butler & Hosch PA
3185 S Conway Rd #E
Orlando, FL 32812


Bank of New York
7105 Corporate Dr
Plano, TX 75024


Bank of New York
c/o Butler & Hosch
3185 S Conway Rd #E
Orlando, FL 32812


Bank United
c/o Steven Beiley, Esq.
550 Biltomore Way #700
Coral Gables, FL 33134


Bank United
7815 NW 148 St
Miami Lakes, FL 33016


Bay Holdings
7815 NW 148 St
Miami Lakes, FL 33016


Black Diamond HOA
c/o Castle Management
12270 SW 3rd Street, # 200
Plantation, FL 33325


Blue Cross Blue Shield
POB 1219
Newark, NJ 07101-1219


CBA Information Solutions
c/o LEIB Recovery Solutions
20 E. Clementon RD #100S
Gibbsboro, NJ 08026

```
Chase Bank NA
201 Walnut St
Mailstop DE1-1027
Wilmington, DE 19801


Chase Bank NA
201 Walnut St
Mailstop DE 1-1027
Wilmington, DE 19801


CitiMortgage
POB 9438
Gaithersburg, MD 20898-9438


Countrywide Home Loan [Bank of NY]
POB 10229
Van Nuys, CA 91410


Countrywide Home Mtg [Bank of NY]
POB 10229
Van Nuys, CA 91410


Covington Park of Hillsborough HOA
c/o Leonard Mankin PA
28050 US Hwy 19 N #100
Clearwater, FL 33761-2600


Deltacomm
c/o CMI Legal Forwarding Division
POB 28851
Philadelphia, PA 19151


Discover Card
POB 15252
Wilmington, DE 19886


Dyck ONeal Inc
15301 Spectrum Dr
Addison, TX 75001
```

Elite Logistics d/b/a
United Shipping Solutions
Adorno & Yoss
200 Congress Pk Dr #210
Delray Beach, FL 33445


FIA Card Services
POB 22031
Greensboro, NC 27420



FIA CSNA
POB 22031
Greensboro, NC 27420



Florentina Sylan
10623 Old Hammock Way
Wellington, FL 33414



Global Integrity/West Asset Managem
1445 Langham Creek Dr
Houston, TX 77084



Hillsborough County Tax Collector
601 E Kennedy Blvd, 14 FL
Tampa, FL 33602-4931



Hillsborough County Tax Collector
601 E Kennedy Blvd, 14 Flr
Tampa, FL 33602-4931



Holley By The Sea Improvment Assoc.
c/o Michelle Anchors
909 Mar Walt Dr #1014
Fort Walton Bch, FL 32457



Jackson Memorial Hospital
c/o Argent Healthcare
POB 33339
Phoenix, AZ 85067

Marc Cohen, Esq
819 S. Federal Hwy #103
Stuart, FL 34994


Monal K Oza
550 Biltmore Way #700
Coral Gables, FL 33134


Nationwide Credit
3POB 740640
Atlanta, GA 30374


NCO Group Financial Systems


Palm Beach Co. Reg


Palm Beach County
POB 3715
W Palm Bch, FL 33402-3715


Palm Beach County Tax Collector
POB 3715
W Palm Bch, FL 33402-3715


Palm Beach Tax Collector
POB 3715
W Palm Bch, FL 33402-3715


Putnam County Tax Collector
POB 1339
Palatka, FL 32178-1339

Renaissance Commons PUD

Ricardo Gomez
Florida Default Law Group
POB 25018
Tampa, FL 33622-5018

Ridgecrest Community HOA
c/o Leonard J Mankin, PA
28050 US Hwy 19 N #100
Clearwater, FL 33761-2600

Riverside National Bank
3473 SE Willoughby Blvd
Stuart, FL 34994

Riverside National Bank
c/o Robert Goldman, Esq.
PO Drawer 6
Stuart, FL 34995

RMS

Robert Goldman
Fox Wackeen et al
PO Drawer 6
Stuart, FL 34995-0006

Santa Rosa Tax Collector
POB 7100
Milton, FL 32572

Sunrise Financial Center

```
Treasure Coast Regional Planning Co
c/o Marc Cohen, Esq.
POB 229
Stuart, FL 34995



Truly Nolen




US Bank
c/o Ricard A. Gomez
Florida Default Law Group, P.L.,
POB 25018
Tampa, FL 33622-5018


Valencia County Treasurer
POB 939
Los Lunas, NM 87031



Wach/REC




Wachovia
POB 96074
Charlotte, NC 28296



Wachovia
Attn Eileen Scherer
123 S Broad St  - 7th FL
Philadelphia, PA 19109


Wachovia
POB 13327
Roanoke, VA 24040



Wachovia Bank
c/o Gerald Davis, Esq.
200 Central Ave #1600
St. Petersburg, FL 33701
```

```
Wakefield & Assoc
3091 S Jamaica Ct #200
Aurura, CO 80014-2639




Wakefield & Assoc.
POB 441590
Auror, CO 80044




Washington Mutual
c/o Linda Shelvam, Esq.
1800 NW 49 St #120
Ft Lauderdale, FL 33701




Washington Mutual
c/o Linda Shelvam, Esq
1800 NW 49 St #120
Ft. Lauderdale, FL 33309




Wells Fargo Home Mortgage
POB 14411
Des Moines, IA  50306
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  **Harry Chu**

Case No. _____

**Debtor**

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **8** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated:  **9/25/2009** _____

Signed: **s/ Harry Chu** _____
        **Harry Chu**

Signed: _____
**David W. Langley**
Attorney for Debtor(s)
Bar no.:        **348279**
**David W. Langley, Attorney at Law**
**8551 W. Sunrise Blvd., Ste 303**
Telephone No.:  **954-356-0450**
Fax No.:        **954-356-0451**
  E-mail address:    **dave@flalawyer.com**