IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

**Harry Chu**

    Debtors.                                   CASE NO.    09-30388-EPK
                                                          CHAPTER     7

_____/

## CERTIFICATE OF NO RESPONSE OR SETTLEMENT
## AND REQUEST FOR ENTRY OF ORDER

      HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4, Movant, has filed a Motion for Relief From Stay on October 23, 2009, pursuant to Local Rule 4001-1(C) Movant represents:

      1.      The motion and proposed order (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

      2.      The motion contained the bulletin required by the referenced rule.

      3.      The deadline for response to the motion was November 13, 2009.

FILE_NUMBER: B09102869                                    DOC_ID: M012708

                

4.	No objections to or requests for hearing on the motion have been received, and as of November 24, 2009 a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

Movant seeks the entry of an order granting the requested relief.

DATED: November 24, 2009.

I HEREBY CERTIFY that I am admitted to the Bar of the United States of District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> Florida Default Law Group, P.L.
> Post Office Box 25018
> Tampa, FL 33622-5018
>  (813)  251-4766 Ext: 3312
>
> By: /s/  WAYNE SPIVAK
> Wayne Spivak
> Florida Bar No. 38191
> ATTORNEY FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that copies of the foregoing Certificate of No Response or Settlement and Request for Entry of Order have been furnished by regular U.S. Mail to all parties listed this 24 day of November, 2009.

Harry Chu
10623 Old Hammock Way
Wellington, FL  33414

Florentina Syla
10623 Old Hammock Way
Wellington, FL 33414

Black Diamond HOA
c/o Castle Management
12270 SW 3rd Street, # 200
Plantation, FL 33325

      I HEREBY CERTIFY that copies of the foregoing Certificate of No Response or Settlement and Request for Entry of Order  have been furnished by Electronic Mail to all parties listed this 24 day of November, 2009.

David W. Langley
8551 W Sunrise Blvd #303
Fort Lauderdale,  FL  33322

Deborah Menotte, Trustee
P. O. Box 211087
West Palm Beach,  FL  33421

      Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
 (813)  251-4766 Ext: 3312

By: /s/  WAYNE SPIVAK
Wayne Spivak
Florida Bar No. 38191
ATTORNEY FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4

LF-48 (06/02/08)
B09102869