UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re

Harry Chu
       Debtor

Case No. 09-30388-EPK
Chapter 7

**MOTION TO REQUEST TO REOPEN CASE FOR THE PURPOSE OF ADDING OR CORRECTING A NAME AND ADDRESS OF A CREDITOR**

    The Debtor, Harry Chu, requests that the courts allow to re-open the above captioned case for the purposes of amending a creditors name and to add an address that was not provided at the time of filing.

The debtors respectfully request that the court grant this motion.

Respectfully Submitted by

Harry Chu
Pro Se
6346 Lantana Rd.
Lake Worth, Fl., 33463
561-756-1780