

**ORDERED in the Southern District of Florida on October 1, 2013.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA www.flsb.uscourts.gov

In re:                                                    Case No. 09-30388
                                                          Chapter  7
**HARRY CHU**


                    Debtor        /

### ORDER REOPENING CASE TO ADD OMITTED CREDITOR

THIS CAUSE having come before the court upon debtor's *Motion to Request to Reopen Case for the Purpose of Adding or Correcting a Name and Address of a Creditor* pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B) and the court having considered the motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

**ORDERED**:

1. This case is reopened.  No filing fee is required to be paid to the clerk unless the debtor fails to file the required adversary complaint as required under paragraph 4 of this order.  No trustee shall be appointed.

2. Within 14 days from the entry of this order, the debtor shall amend the schedules (and pay applicable amendment fee) to add the name and address of the creditor previously omitted from the original schedules.  A supplemental matrix of creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining

Service Matrices" must accompany the amended schedules.

3. The debtor (or the debtor's attorney) is directed to furnish a complete and correct copy of this order to all affected parties, including the added creditor and a copy of the clerk's notice of meeting of creditors must also be served on the creditor as required under Local Rule 1009-1(D). A certificate of service must be filed as required under Local Rule 2002-1(F).

4. Within 14 days from the entry of this order, the debtor shall file an adversary proceeding(s) to determine whether the debt(s), subject to such amendment(s), is/are not dischargeable under 11 U.S.C. §523(a).

5. Upon the filing of the adversary case(s) by the debtor, or upon the debtor's failure to comply with this order, the case will be reclosed by the clerk's office.

###

**Copies to:**

All Parties of Record by the Clerk of Court