CGFD79 (12/1/09)



**ORDERED in the Southern District of Florida on October 18, 2013**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 09–30388–EPK

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Harry Chu
10623 Old Hammock Way
Wellington, FL 33414

SSN: xxx–xx–6923

## ORDER DIRECTING DEBTOR TO PAY REOPENING FILING FEE

   An Order Reopening Case to Add Creditor(s) was entered on **10/2/13**. The order provided that the reopening filing fee would not apply unless the debtor failed to file, within 14 days, an adversary proceeding to determine dischargeability of each added creditor. The debtor has failed to file the required adversary complaint(s) and, in accordance with the provisions of the order reopening the case, this case has been reclosed. Accordingly, it is **ORDERED** that:

1. The debtor shall immediately remit to the court the reopening filing fee now due in the amount of **$260.00**. Personal checks of the debtor shall not be accepted. Cashier's checks or money orders should be made payable to "Clerk, U.S. Court".

2. The court will not entertain a motion filed by the debtor to reopen this case unless all unpaid fees are paid at the time the motion is filed.

3. Pursuant to Local Rule 1002–1(B)(1)(b) the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an application to pay the filing fee in installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on the Debtor and, if applicable, Attorney for Debtor.

# # #